UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KENNETH KEENER**                                                                                     **PLAINTIFF**

vs.                                         Civil No. 4:07-cv-04081

**DOMTAR INDUSTRIES, INC.**                                                          **DEFENDANT**
a foreign corporation

## JUDGMENT

For the reasons stated in a memorandum opinion entered this same date, I find Defendant's Motion for Summary Judgment (Doc. 22) should be **GRANTED**. This case is dismissed with prejudice and judgment is entered in the Defendants' favor.

**DATED** this **1st day of May, 2009.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Barry A. Bryant
　　　　　　　　　　　　　　　　　　　　　　　　HON. BARRY A. BRYANT
　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE