UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KENNETH KEENER**                                                                    **PLAINTIFF**

vs.                                Civil No. 4:07-cv-04081

**DOMTAR INDUSTRIES, INC.**                                **DEFENDANT**
a foreign corporation

<u>ORDER</u>

Plaintiff, Kenneth Keener (hereinafter "Keener") filed this civil rights action pursuant to 42 U.S.C. § 2000e on September 7, 2007. (Doc. No. 1).[1] Defendant, Domtar Industries, Inc. (hereinafter "Domtar") answered. The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. (Doc. No. 14).

On May 1, 2009 this Court granted Defendant's Motion for Summary Judgment and dismissed Plaintiff's case with prejudice and entered judgment in Defendant's favor. (Doc. No. 33). On May 12, 2009 Plaintiff filed a Motion for Reconsideration and Review. (Doc. No. 35). Defendant filed a response on May 15, 2009. (Doc. No. 36). The Court has reviewed the Motion and Response and finds as follows:

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration and Review (Doc. No. 33) is **DENIED**.

**IT IS SO ORDERED** this 22nd **day of May, 2009.**

                                                          /s/ Barry A. Bryant
                                                          HON. BARRY A. BRYANT
                                                          U.S. MAGISTRATE JUDGE

---

[1] Citations to docket entries in the instant case will be "(Doc. No.)."